CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 31 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| HOWARD Z. GARNETT, | ) | Civil Action No. 7:14-cv-00452 |
| Petitioner, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | By: Hon. Glen E. Conrad |
| HAROLD W. CLARKE | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED AND ORDERED** that respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED**; and this action is stricken from the court's active docket.

Furthermore, finding that Garnett has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This ___31ˢᵗ___ day of August, 2015

_____
CHIEF UNITED STATES DISTRICT JUDGE