CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 23 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HOWARD Z. GARNETT, | ) | CASE NO. 7:14CV00452 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| HAROLD CLARKE, DIRECTOR, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. The clerk **SHALL** reopen the case for consideration of petitioner's <u>pro se</u> motion to alter or amend the judgment under Rule 59(e) and related motions;

2. Petitioner's motion to amend his Rule 59(e) motion (ECF No. 19) and his motion to produce evidence in support of that amendment (ECF No. 26) are **DENIED**;

3. Petitioner's Rule 59(e) motion (ECF No. 15) is **DENIED**;

4. Because petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**; and

5. The clerk will close the case.

ENTER: This 23rd day of November, 2015.

/s/ Glen E. Conrad
Chief United States District Judge