CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 22 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HOWARD Z. GARNETT, | ) | CASE NO. 7:14CV00452 |
| Petitioner, | ) | |
| v. | ) | ORDER |
| HAROLD CLARKE, DIRECTOR, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's Rule 60(b) motion (ECF No. 31) is **DENIED**; his request for production of documents related to the Rule 60(b) motion (ECF No. 35) is **DISMISSED** as moot; and this habeas action is hereby **STRICKEN** from the active docket of the court; furthermore, the Rule 60(b) motion is hereby **CONSTRUED** as a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254, and the clerk **SHALL** docket it as such in a separate civil action.

ENTER: This 22nd day of March, 2016.

/s/ Glen E. Conrad
Chief United States District Judge